# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, A.C. RUGH, M.A. WHITSON**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## NICHOLAS A. DUNSMORE
## LANCE CORPORAL (E-3), U.S. MARINE CORPS

### NMCCA 201500350
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 6 August 2015.
**Military Judge**: Col James Carberry, USMC.
**Convening Authority**: Commanding Officer, Headquarters and Support Battalion, Marine Corps Installations West, Marine Corps Base, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: Capt C. Wade III, USMC.
**For Appellant**: Maj Michael Berry, USMCR.
**For Appellee**: Mr. Brian Keller, Esq.

### 11 February 2016

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court